NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CATHLEEN R. SAMBRANO,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2011-3204

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100648-I-1.

---

## ON MOTION

---

## ORDER

Cathleen R. Sambrano moves to vacate this court's December 5, 2011 order dismissing her petition for review for failure to file an initial brief within the period provided for in Federal Circuit Rule 31(a). The government responds and does not oppose.

The court notes that the certified list was received by the court on September 16, 2011. A copy of the certified list is enclosed for convenience of counsel for Sambrano.

Upon consideration thereof,

IT IS ORDERED THAT:

The court's December 5, 2011 dismissal order will be vacated, the mandate will be recalled, and the petition for review will be reinstated if Ms. Sambrano files her brief within 30 days from the date of this order.

FOR THE COURT

FEB 0 7 2012                    /s/ Jan Horbaly
Date                           Jan Horbaly
                               Clerk

cc:  Arcadio Joaquin, Jr., Esq. (copy of certified list enclosed)
    Michael P. Goodman, Esq.                    .

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 0 7 2012

JAN HORBALY
CLERK